# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

Clifford W. Taylor,
Chief Justice

130448

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 130448
                                                     COA: 265331
                                                     Saginaw CC: 01-019784-FC
DOUG LEWIS HENNING,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Houlihan* (Docket No. 128340).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

s0614